

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

USDS
DOCU
ELECTRONICALLY FILED
DOC #
DATE 03/23/2015

March 22, 2015

Via ECF & Facsimile
Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
New York, NY 10007
Fax: 212-805-7927



Re: <u>United States</u> v. <u>Franklin Ramos Sanchez</u>, a/k/a "Frank,"
    14 Cr. 006 (NRB)

Dear Judge Buchwald:

On March 16, 2015, the Warden of the Metropolitan Correctional Center – New York informed the Government that defendant Franklin Ramos Sanchez passed away on March 15, 2015. The Government expects to request that the Court enter an order of *nolle prosequi* with respect to Ramos Sanchez, and respectfully requests that the April 1, 2015 conference in this matter be adjourned *sine die* pending the extradition of co-defendant Jhon Jairo Cruz Trejos, a/k/a "Mellizo," from Colombia.

So Ordered.

Respectfully submitted,

Reice Buchwald
USDJ
3/23/15

PREET BHARARA
United States Attorney

By: _____
Emil J. Bove III
Assistant United States Attorney
(212) 637-2444

Roland Thau
(Via ECF)