```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/26/2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

   - v. -

FRANKLIN RAMOS SANCHEZ,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOLLE PROSEQUI**

14 Cr. 006 (NRB)

1. The filing of this *nolle prosequi* will dispose of the charges filed against defendant Franklin Ramos Sanchez in this case.

2. On January 7, 2014, Sanchez was charged in Indictment 14 Cr. 006, as well as Superseding Indictment S2 14 Cr. 006, with participating in a conspiracy to import cocaine, in violation of Title 21, United States Code, Section 963. The Indictment and the S2 Superseding Indictment were initially filed under seal, and they were unsealed by order of the Court on February 4, 2015.

3. On March 10, 2014, Sanchez was charged in Superseding Indictment S3 14 Cr. 006 with: (i) participating in a conspiracy to import cocaine, in violation of Title 21, United States Code, Section 963; and (ii) participating in a conspiracy to use and carry machineguns during and in relation to a drug-trafficking crime, in violation of Title 18, United States Code, Section 924(o). The S3 Superseding Indictment was filed under seal, and it was unsealed by order of the Court on February 4, 2015.

4. On March 16, 2015, the Government was notified by the Bureau of Prisons that defendant Franklin Ramos Sanchez died on March 15, 2015, while he was in custody in connection with this case.

1

5. In light of the foregoing, I recommend that an order of *nolle prosequi* be filed as to defendant Franklin Ramos Sanchez with respect to Indictment 14 Cr. 006 (NRB), Superseding Indictment S2 14 Cr. 006 (NRB), and Superseding Indictment S3 14 Cr. 006 (NRB).

Emil J. Bove III
Assistant United States Attorney
(212) 637-2444

Dated: New York, New York
January 21, 2016

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of *nolle prosequi* be filed as to defendant Franklin Ramos Sanchez, with respect to Indictment 14 Cr. 006 (NRB), Superseding Indictment S2 14 Cr. 006 (NRB), and Superseding Indictment S3 14 Cr. 006 (NRB).

PREET BHARARA  JHK
United States Attorney
Southern District of New York

Dated: New York, New York
January 21, 2016

SO ORDERED:

HONORABLE NAOMI REICE BUCHWALD
United States District Judge
Southern District of New York

Dated: New York, New York
January 25, 2016

2